**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

DONTAE TERRELL EBRON, #1202596,

        Petitioner,

v.                                                ACTION NO.   2:25cv439

JOSEPH WALTERS, Director,
Virginia Department of Corrections,

        Respondent.

### FINAL ORDER

Petitioner Dontae Terrell Ebron ("Ebron"), a Virginia inmate, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on July 14, 2025,[1] challenging his convictions in the Circuit Court for the City of Norfolk in February 2007. ECF No. 1, at 1; *Commonwealth v. Ebron*, Nos. CR06000399-00, -06 (Va. Cir. Ct. Feb. 14, 2007). The matter was referred to United States Magistrate Judge Robert J. Krask for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia.

The report and recommendation, filed April 28, 2026, recommends that respondent's motion to dismiss be granted and

---

[1] The petition indicates Ebron placed the petition in the prison mailing system on July 8, 2025. ECF No. 1, at 15.

Ebron's federal petition that contains both exhausted and unexhausted claims be denied and dismissed without prejudice to allow Ebron to present those unexhausted claims in state court. ECF No. 15. Each party was advised of the right to file written objections to the findings and recommendation made by Magistrate Judge Krask. *Id.* at 11-12. No objection has been filed.

The Court, having reviewed the record, does hereby **ADOPT** and **APPROVE** the findings and recommendations set forth in the report and recommendation. Therefore, the Court **ORDERS** that respondent's motion to dismiss, ECF No. 9, is **GRANTED**, and Ebron's petition, ECF No. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

Ebron has failed to demonstrate "a substantial showing of the denial of a constitutional right," and, therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. *See Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003).

Ebron is **ADVISED** that because a certificate of appealability is denied by this Court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. R. App. P. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). **If Ebron intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Final Order.** Ebron **may seek such a certificate by filing a**

2

written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.

Service shall be made upon respondent in accordance with the Agreement on Acceptance of Service. A copy of this Final Order shall also be sent to Ebron.

/s/ Mark S. Davis

Mark S. Davis
United States District Judge

Mark S. Davis
United States District Judge

Norfolk, Virginia
May 27, 2026